

**Saiber LLC**
One Gateway Center • 13th Floor
Newark, New Jersey • 07102-5311
Tel 973.622.3333 • Fax 973.622.3349
www.saiber.com

New York | Atlantic City | Point Pleasant Beach

Writer's Direct Dial:
(973) 645-4828

Email:
abc@saiber.com

WILLIAM F. MADERER +°
DAVID J. D'ALOIA
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY*°
ARNOLD B. CALMANN°
JOAN M. SCHWAB
JENNINE DiSOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER°◊
MICHAEL J. GERAGHTY°
NINO A. COVIELLO°◊
AGNES I. RYMER°
JAMES H. GIANNINOTO□
MICHAEL H. COHEN
NANCY A. WASHINGTON
MARC C. SINGER°◊
SETH E. ZUCKERMAN
MARC E. WOLIN ◊
DAVID A. COHEN
LISA C. WOOD°◊
JEFFREY SOOS
DANALYNN T. COLAO°

SAMUEL S. SAIBER
1929-2002
GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL
DAVID M. SATZ, JR.
MORTON GOLDFEIN°
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL
GUY S. MICHAEL°
ROBERT J. CARROLL
MICHAEL J. WILDES°
ROBERT B. NUSSBAUM
MELISSA A. PROVOST
CHRISTINA L. FICHERA°
COUNSEL
° MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ & PA BARS
□ MEMBER OF NJ, NY & CT BARS
+ CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A CIVIL
  AND CRIMINAL TRIAL ATTORNEY
* CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A CIVIL
  TRIAL ATTORNEY

GREGORY T. DENNISON°
JENNIFER R. O'CONNOR
PAOLA CIAPPINA HEMSLEY
COLIN R. ROBINSON°
MARK A. RONEY
JACK CHAN°
DANIELE N. HANKIN°
JEFFREY J. PASEK
JOHN H. NOORLANDER°
MELISSA A. NATALE°
LAUREN M. LIMAURO
RINA G. TAMBURRO°
UNA YOUNG KANG ◊
KATHERINE A. ESCANLAR°
JAKOB B. HALPERN
MICHAEL J. GROHS°
DAVID A. FARKOUH°
MATTHEW A. CATANIA°
AMY K. SMITH °
JANE JHUN°
GERI L. ALBIN°
CHRISTLE R. GARVEY
CHRISTOPHER J. TURANO°

September 11, 2009

**VIA ELECTRONIC FILING & FEDERAL EXPRESS**

Honorable Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Federal Building
  & U.S. Courthouse, Room 5050
402 East State Street
Trenton, New Jersey 08608

> Re:   *Novo Nordisk Inc., et al. v. Mylan Pharmaceuticals Inc.*,
>       **Civil Action No. 09-2445 (FLW) (DEA)**

Dear Judge Wolfson:

   We, along with our co-counsel Perkins Coie LLP, represent Defendant Mylan Pharmaceuticals Inc. ("Mylan") in the above matter.

   With the consent of Plaintiffs herein, we write to request that the Court extend the deadline for Mylan to submit its Reply Brief in support of its Motion to Dismiss Plaintiffs' First Amended Complaint for Patent Infringement ("Motion") from September 14, 2009, to September 21, 2009, which would result in adjourning the present return date for the Motion from September 21, 2009 to October 5, 2009. A proposed form of Order is enclosed for the Court's consideration.

   As the Court is aware, Mylan filed its Motion in response to Plaintiffs' First Amended Complaint for Patent Infringement on July 28, 2009 [Docket No. 39]. Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S ("Plaintiffs") then sought an extension to the deadline to file their Opposition Brief pursuant to Local Civil Rule 7.1(d)(5). As a result, Plaintiffs' Opposition Brief was not filed until Tuesday,



Honorable Freda L. Wolfson, U.S.D.J.
September 11, 2009
Page 2

September 8, 2009 [Docket No. 41]. Under the present schedule, pursuant to Local Civil Rule 7.1(d)(3), Mylan's Reply Brief would be due on Monday, September 14, 2009. However, this was a short week in light of the Labor Day holiday, giving Mylan just four (4) business days to attempt to prepare its response to the issues raised in Plaintiffs' Opposition.

    Accordingly, Mylan sought Plaintiffs' consent to the requested adjournment, and Plaintiffs agreed. Therefore, we respectfully request that Your Honor grant the requested adjournments, and have provided a proposed form of Order confirming same for the Court's consideration.

    We thank the Court for its cooperation and understanding in this matter. Naturally, if the Court has any questions, we would be pleased to respond to same at the Court's convenience.

Respectfully submitted,

Arnold B. Calmann

ABC/jbh
Enclosure

cc: **(w/enc., via ECF & Federal Express)**
Hon. Douglas E. Arpert, U.S.M.J.

    **(w/enc., via ECF & email)**
All counsel of record